# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

WARD SPIVEY

NO.   2019 CW 0703

VERSUS

HORNBECK OFFSHORE OPERATORS,
LLC, HORNBECK OFFSHORE
SERVICES, LLC AND ABC
INSURANCE COMPANY

**SEP 2 5 2019**

---

In Re:   Hornbeck Offshore Services, LLC and Hornbeck Offshore Operators, LLC, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 133472.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT GRANTED WITH ORDER.**   The district court's April 26, 2019 judgment directing Integrity Investigation, Inc. d/b/a Terrell Miceli Investigations ("TMI") to respond in full to the subpoena duces tecum issued by Plaintiff, Ward Spivey, with the exception of any correspondence received by TMI from counsel for the Defendants, is vacated.   Work product protection afforded pursuant to La. Code Civ. P. art. 1424(A) extends to materials prepared by agents for the attorney as well as those prepared by the attorney himself.   See **U.S. v. Nobles**, 422 U.S. 225, 95 S.Ct. 2160, 45 L.Ed.2d 141 (1975).   Therefore, this matter is remanded to the district court with instruction to conduct an *in camera* inspection of the responsive documents to determine whether any documents are subject to work product protection in accordance with this ruling.

**VGW**
**JMG**

**Crain, J.,** concurs.   The *in camera* inspection should identify *any* privilege applicable to the documents.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT